FILED
 2010 Aug-30 AM 10:29
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROGER CLINT BRADSHAW, and<br>MELISSA FAYE BRADSHAW,<br><br>    Plaintiffs,<br><br>vs.<br><br>COLLECTION BUREAU OF THE<br>HUDSON VALLEY, a foreign<br>corporation, OSEETAH CAPITAL,<br>L.L.C., a foreign limited liability<br>corporation, and EXPERIAN<br>INFORMATION SOLUTIONS, INC.,<br>a foreign corporation,<br><br>    Defendants. | }<br>}<br>}<br>}<br>}<br>}<br>}   CASE NO. 2:09-cv-01149-SLB<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>}<br>} |

## DISMISSAL ORDER

On August 13, 2010, the court entered a Show Cause Order, requiring plaintiffs Roger Clint Bradshaw and Melissa Faye Bradshaw (collectively the "Plaintiffs") to file, on or before August 27, 2010, an Intent to Proceed with the Case. (Doc. 28 at 1.) The Order made clear that failure to respond by August 27, 2010 would result in the dismissal of Plaintiffs' claims for failure to prosecute, without further notice. (*Id.* at 1-2.) To date, Plaintiffs have not responded. Therefore, the court finds that Plaintiffs have failed to prosecute their claims against defendants Collection Bureau of the Hudson Valley, Oseetah Capital, LLC, and Experian Information Solutions, Inc. (collectively the "Defendants"). As a result, the court **ORDERS** that Plaintiffs' claims against Defendants are **DISMISSED WITHOUT**

**PREJUDICE**.  The Clerk of the Court is **DIRECTED** to close this case, and to provide a copy of this Order directly to Plaintiffs at the following addresses:

>   Roger Clint Bradshaw
>   20611 Highway 195
>   Double Springs, Alabama 35553

>   Melissa Faye Bradshaw
>   20611 Highway 195
>   Double Springs, Alabama 35553

  **DONE**, this 30th day of August, 2010.

_____
SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE